FILED
JUL 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8592

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Roberto CARRIZOSA-Carrizoza, Defendant | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 30, 2008 within the Southern District of California, defendant Roberto CARRIZOSA-Carrizoza, did knowingly and intentionally import approximately 55.12 kilograms (121.26 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Torregrosa Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Roberto CARRIZOSA-Carrizoza

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On June 30, 2008, at approximately 2116 hours, Roberto CARRIZOSA-Carrizoza entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. CARRIZOSA was the driver of a 1992 Ford Ranger truck.

Customs and Border Protection Officer (CBPO) A. Moreno obtained a negative Customs declaration from CARRIZOSA. CBP Canine Officer McGee was conducting a pre-primary operation, when his Human/Narcotic Detector Dog alerted to the front tire of the truck. CBPO Moreno escorted CARRIZOSA and the truck to the vehicle secondary lot for further inspection. CBPO Barela inspected the tires utilizing a K910B Buster and obtained high density readings.

A subsequent search of the truck by CBPO Bello revealed several packages hidden within all four tires of the truck. CBPO Bello removed twenty (20) packages concealed within all four tires of the truck. The approximate weight of the packages was 55.12 kilograms (121.26 pounds). CBPO Bello probed one package, which produced a green leafy substance, which field-tested positive for marijuana.

Special Agent Torregrosa read the Miranda Rights to CARRIZOSA which he understood and waived agreeing to answer questions. CARRIZOSA stated a subject known to him as "FIERROS" offered him $800.00 to smuggle marijuana into the United States.